UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA VAZQUEZ FAJARDO, et al.,<br><br>                                Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                                Defendant. | Case No.: 16cv2980-LAB (MDD)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 75) is **GRANTED**.  This action is **DISMISSED WITH PREJUDICE**, and the parties shall each bear their own costs and attorney's fees.  All pending dates are **VACATED** and any pending requests are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: May 19, 2020

Hon. Larry Alan Burns
Chief United States District Judge